# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| PEGGYANN SCHNEIDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 2:15-CV-278-NT |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On May 5, 2016, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on the appeal from the Commissioner's decision on the Plaintiff's Social Security Disability, Supplemental Security Income and Disabled Widow's Benefits. The Plaintiff filed an objection to the Recommended Decision on May 26, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and the Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

Dated this 16th day of June, 2016.

/s/ Nancy Torresen
United States Chief District Judge